**No. D-2596. In the Matter of Disbarment of Robert J. Pleshaw.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7621.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1017, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4576.

**No. D-2597. In the Matter of Disbarment of Zoilo I. Silva.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7665.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1017, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4575.

**No. D-2598. In the Matter of Disbarment of Wayne R. Bryant.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7622.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1033, 131 S. Ct. 3086, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4837.

**No. D-2599. In the Matter of Disbarment of Paul H. King.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7734.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1034, 131 S. Ct. 3086, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4848.

**No. D-2600. In the Matter of Disbarment of Philip M. King.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7607.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1034, 131 S. Ct. 3086, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4851.

**No. D-2601. In the Matter of Disbarment of Stephen D. Cramer.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7758.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1034, 131 S. Ct. 3086, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4988.

**No. D-2602. In the Matter of Disbarment of Paul C. Droz.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7604.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1034, 131 S. Ct. 3087, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4978.